UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE D. COLLINS | CIVIL ACTION |
| VERSUS | NO. 09-6605 |
| MICHAEL THOMPSON, ET AL. | SECTION: "A"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff Claude D. Collins's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as duplicative and malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

New Orleans, Louisiana, this  27th  day of      October      , 2009.

_____
UNITED STATES DISTRICT JUDGE